UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :       INDICTMENT

    - v. -                        :       08 Cr.

PATRICIO GIL,                     :

        Defendant.            :

- - - - - - - - - - - - - - - - x

COUNT ONE

(Bank Fraud)

The Grand Jury charges:

From in or about March 2005, up to and including in or about May 2005, in the Southern District of New York and elsewhere, PATRICIO GIL, the defendant, unlawfully, willfully, and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, GIL fraudulently endorsed and deposited stolen United States Treasury

checks into GIL's checking account at Bank of America and
withdrew the proceeds.

(Title 18, United States Codes, Section 1344.)


_____
Foreperson

_____
MICHAEL J. GARCIA

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

### - v -

### PATRICIO GIL,

### Defendant.

### **INDICTMENT**

08 Cr.

(18 U.S.C. § 1344)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Sherry Picolroni*
Foreperson.

5-21-08   Indictment Filed  Case assigned to
Berman.

ELHS J.