UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    v.                             :

PATRICIO GIL,                     :

        Defendant.         :

- - - - - - - - - - - - - - - x

ORDER

08 Cr. 453 (RMB)

RICHARD M. BERMAN, District Judge:

       Upon the application of the United States of America,
by and through Assistant United States Attorney Rebecca A. Rohr,
and with the consent of the defendant, PATRICIO GIL, by and
through his counsel, George Goltzer, Esq., it is hereby ORDERED
that the time between May 22, 2008, and the date of the initial
pre-trial conference in this matter, May 29, 2008, is excluded
for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),
in the interests of justice.  The ends of justice served by such
continuance outweigh the interest of the public and the defendant
in a speedy trial because it will allow counsel for the defendant
to meet with his client and attend the arraignment.

       SO ORDERED.

Dated:  New York, New York
       5/22/   , 2008

                            RMB

HON. RICHARD M. BERMAN
United States District Judge