```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :
                                             ORDER
     v.                           :
                                             08 Cr. 453 (RMB)
PATRICIO GIL,                     :

            Defendant.            :

- - - - - - - - - - - - - - - - - x

RICHARD M. BERMAN, District Judge:

     Upon the application of the United States of America, by and through Assistant United States Attorney Rebecca A. Rohr, and with the consent of the defendant, PATRICIO GIL, by and through his counsel, George Goltzer, Esq., it is hereby ORDERED that the time between July 28, 2008, and the date of the next proceeding scheduled in this matter, July 31, 2008, ✓ at 4:30 p.m. is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow counsel to discuss a potential disposition of the case.

     SO ORDERED.

Dated:   New York, New York
         __July 28__, 2008

                                        RMB
                                        _____
                                        HON. RICHARD M. BERMAN
                                        United States District Judge