UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                      Government,                      08 CR. 453 (RMB)

           -against-                               **ORDER**

PATRICIO GIL,
                      Defendant(s).
------------------------------------------------------------X

**RICHARD M. BERMAN, U.S.D.J.:**


      The July 31, 2008 conference is this matter is adjourned to August 20, 2008 at 12:30 p.m. due to the fact defense counsel is currently on trial. Defense counsel consents to an exclusion of time under the Speedy Trial Clock from today until August 20, 2008.

      I find that the reasons conveyed to the Court for an adjournment warrant the exclusion of the adjourned time from July 31, 2008 until August 20, 2008 from speedy trial calculations. This exclusion is designed to prevent any possible miscarriage of justice; to facilitate these proceedings; to guarantee effective representation of and preparation by counsel for both parties; and to allow for sufficient time for plea negotiations. I further find that the value of this exclusion outweighs the best interests of the Defendant and the public in a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. 3161(h)(8)(A)and (B).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

**SO ORDERED**:

Dated: New York, New York
       July 31, 2008

                                                            _RMB_
                                                 **Hon. Richard M. Berman, U.S.D.J.**